AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 21, 2024**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| TEDDY ROOSEVELT SIBLEY, | ) |
| _____ | ) |
| *Petitioner* | ) |
| v. | )    Civil Action No.  2:24-CV-244-MKD |
| | ) |
| ROBERT JACKSON, | ) |
| _____ | |
| *Respondent* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:  Pursuant to the Order filed at ECF No. 20, the Petition, ECF No. 1, is DISMISSED with prejudice as time-barred under 28 U.S.C. § 2244(d).

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Mary K. Dimke _____ .

Date:  11/21/2024 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Ruby Mendoza
_____
*(By) Deputy Clerk*

Ruby Mendoza
_____